## Alice Russell, Appellant, v. Illinois Central Railroad Company, Appellee.

Gen. No. 44,554.

opinion filed October 18, 1949; released for publication November 3, 1949. Irving G. Zazove and Louis B. Goldberg, for appellant; Irving G. Zazove, of counsel; John W. Freels and Herbert J. Deany, for appellee; Vernon W. Foster and Charles A. Helsell, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.